IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

MICHAEL JOHNSON,

　　　　Plaintiff,

vs.

TRACI KJELLESVIK, SHERRI POWER, SABRINA FOX, ANDREW TILDEN, MAJOR BROWN, TERI KENNEDY, EMILY RUSKIN, JOY HENRY, RANDY MEISTER, AND UNKNOWN AND UNNAMED WEXFORD EMPLOYEES,

　　　　Defendants.

Case No. 21-cv-1191

## JOINT PROPOSED DISCOVERY PLAN

Counsel for Plaintiff Michael Johnson, counsel for Defendants, Emily Ruskin, Sabrina Fox, Traci Kjellesvik, Chad Brown, Joy Henry, Randall Meister and Teri Kennedy, and counsel for Defendants Andrew Tilden and Sherri Powers, conducted a teleconference on November 29, 2021, for the purpose of formulating a proposed discovery schedule for consideration by the Court, and hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  January 4, 2022

2. Amendment of the pleadings:  March 4, 2022

3. Joint additional parties:  March 4, 2022

4. Close of Fact discovery:  June 3, 2022

5. Disclosure of Plaintiff's experts:  July 5, 2022

6. Disclosure of Plaintiff's expert reports:  July 5, 2022

7. Plaintiff's experts deposed by: August 5, 2022

8. Disclosure of Defendant's experts: August 26, 2022

9. Disclosure of Defendant's expert reports: August 26, 2022

10. Defendant's experts deposed by: September 28, 2022

11. Completion of all discovery: October 28, 2022

12. Dispositive motions: November 22, 2022

Respectfully submitted,

/s/Jaclyn N. Diaz
Jaclyn N. Diaz
Ed Fox & Associates, Ltd.
300 W. Adams, Suite 330
Chicago, IL  60606
Telephone:  (312) 345-8877
Email:  jdiaz@efoxlaw.com
*Attorney for Plaintiff Michael Johnson*

/s/Megan E. Murphy
Megan E. Murphy
Assistant Attorney General
1776 E. Washington St.
Urbana, IL  61802
Telephone:  (217) 278-3362
Email: megan.murphy@ilag.gov
*Attorney for Emily Ruskin, Sabrina Fox, Traci Kjellesvik, Chad Brown, Joy Henry, Randall Meister and Teri Kennedy*

/s/James D. VanRheeden
James D. VanRheeden
Quinn Johnston
227 NE Jefferson
Peoria, IL  61602
Telephone:  (309) 674-1133
Email:  jvanrheeden@quinnjohnston.com
*Attorney for Defendants Andrew Tilden and Sherri Powers*

4853-8215-5267, v. 1